IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Robert E. Blackburn

Criminal Case No.  10-cr-00512-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN CARLOS ARTEAGA-ORTEGA,

    Defendant.

ORDER CONCERNING DISCLOSURE
OF GRAND JURY MATERIALS

**Blackburn, J.**

The matter is before me on defendant's **Motion For Discovery of Grand Jury Testimony and Exhibits** [#19] filed October 29, 2010.  The government does not object. *See* **Government's Response To Motion For Discovery of Grand Jury Testimony and Exhibits [19]** [#30] filed November 15, 2010.  I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendant's **Motion For Discovery of Grand Jury Testimony and Exhibits** [#19] filed October 29, 2010, is **GRANTED**;

2.  That pursuant to Fed. R. Crim. P. 6(e)(3)(C)(I), the Government may disclose grand jury materials to defense counsel;

3. That to protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery. Defense counsel shall also deliver a copy of this order with materials. No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever. At the conclusion of the case, this court, by entry of the court's judgment, counsel shall, within ten days, collect all copies and return them to the Government; and

4. That copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated November 15, 2010, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge