**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00512-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUAN CARLOS ARTEAGA-ORTEGA,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court *sua sponte*.  On November 15, 2010, the government filed its **Addendum To Government's Response To The Defendant's Motion To Suppress [35]** [#38].  The addendum/supplement is **STRICKEN** pursuant to the court's **Trial Preparation Conference Order** [#11] entered October 13, 2010, at page 1, footnote 2, which prohibits the filing of supplements without leave of court.

    Dated:  November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.