**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00512-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JUAN CARLOS ARTEAGA-ORTEGA,

     Defendant.

---

**MINUTE ORDER**[1]

---

     Due to a conflict arising on the court's calendar, the change of plea hearing set for May 13, 2011, should be vacated.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the change of plea hearing set for May 13, 2011, is **VACATED** and is **CONTINUED** to August 10, 2011, at 10:00 a.m.; and

     2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

     Dated:  April 25, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.